# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| CHAD CULLUM, SHALA CULLUM, and MIKE GEORGE, | CV 23-82-BLG-SPW-TJC |
| Plaintiffs, | |
| vs. | ORDER |
| BNSF RAILWAY CO. and DOES 1-10, | |
| Defendants. | |

Upon the Stipulation for Dismissal with Prejudice (Doc. 33) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE** and without costs or attorney fees to any party.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this _15th_ day of August, 2024.

_Susan P. Watters_
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1